# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-CR-00072-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| PATRICK JEROME BOYD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** comes before the Court on Defendant's Motions for Compassionate Release. Doc. Nos. 114–15. Having reviewed these motions, the Court finds that a response from the Government is needed to consider their merits. Thus, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motions for Compassionate Release within **seven days** of the entry of this Order.

*[Signature]*
Max O. Cogburn Jr.
United States District Judge