**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-cr-72-MOC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | )     **ORDER** |
| **PATRICK JEROME BOYD,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

     **THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate

Release. (Doc. No. 128).

**ORDER**

     **IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a

response to Defendant's motion.

Max O. Cogburn Jr
United States District Judge

1